IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT J. BARDO,

     Plaintiff,                   No. CIV S-09-3479 FCD EFB P

    vs.

M. MARTEL, et al.,

     Defendants.      <u>ORDER</u>

_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On September 3, 2010, the court directed plaintiff to submit four copies of the December 16, 2009 endorsed complaint for the U. S. Marshal to serve defendants. Plaintiff submitted four partial copies (omitting pages 58 through 130). He has failed to comply with the order.

     It therefore is ORDERED that plaintiff has 21 days from the date of this order either to explain his failure to comply with the September 3, 2010 order, or to submit four complete copies of his complaint. Failure to comply with this order will result in a recommendation that

////

////

////

1

1  this action be dismissed.  The Clerk of the Court is directed to send to plaintiff one copy of the

2  December 16, 2009 pleading.

3  DATED:  October 1, 2010.

4  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT J. BARDO,

        Plaintiff,                No. CIV S-09-3479 FCD EFB P

   vs.

M. MARTEL, et al.,

        Defendants.        <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

                             /

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____        completed summons form

        _____        completed forms USM-285

         <u> 4 </u>      copies of the <u> December 16, 2009 </u>
                                           Complaint

Dated:

                                          Plaintiff

3