1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10     ROBERT J. BARDO,

11              Plaintiff,                    No. CIV S-09-3479 FCD EFB P

12        vs.

13     M. MARTEL, et al.,

14              Defendants.                   ORDER

15     _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17     seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18     Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19              On October 20, 2010, the magistrate judge filed findings and recommendations

20     herein which were served on plaintiff and which contained notice to plaintiff that any objections

21     to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not

22     filed objections to the findings and recommendations.

23              The court has reviewed the file and finds the findings and recommendations to be

24     supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25     ORDERED that:

26     ////

                                              1

1          1.  The findings and recommendations filed October 20, 2010, are adopted in full;

2   and

3          2.  Plaintiff's claims against all remaining defendants – Green, Chamberlin,

4   Knipp, Martel, Pimental, McCloughan, Machado, Long, Porter, Clendenin, Lackner, Garcia,

5   Chambers, Kaplan, Vanni, Wilson, Phillips, Reyes, Hutchins, Batchelor, Purviance, Luck, Islas,

6   Dobler, Woolbright, Stewart, Thomas and Bueno –  are dismissed without prejudice.

7   DATED: December 9, 2010.

8

9                                                    _____

10                                         FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE