1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ROBERT BARDO,

11              Plaintiff,                          No. CIV S-09-3479 GEB EFB P

12        vs.

13    M. MARTEL, et al.,

14              Defendants.                         <u>ORDER</u>

15    _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19              On July 12, 2011, the magistrate judge filed findings and recommendations herein

20    which were served on all parties and which contained notice to all parties that any objections to

21    the findings and recommendations were to be filed within fourteen days.  Neither party has filed

22    objections to the findings and recommendations.

23              The court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25    ORDERED that:

26    /////

1

1. The findings and recommendations filed July 12, 2011, are adopted in full; and

2. Plaintiff's June 16, 2011 motion for a preliminary injunction is denied.

Dated:  September 27, 2011

GARLAND E. BURRELL, JR.
United States District Judge